IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AARON TIDWELL and
CHARMAINE DARLENE TIDWELL,

      Plaintiffs,

v.                                No. 1:23-cv-00537-GBW-KRS

STATE FARM INSURANCE COMPANY,

      Defendant.

## ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR PARTIES TO ANSWER FIRST SET OF DISCOVERY

THIS MATTER comes before the Court on Plaintiffs' Stipulated Motion to Extend Time for Parties to Answer First Set of Discovery, *Doc 31*. This Court finds that the Motion is well taken and the deadline for Plaintiffs to file their Answers and Response to Defendant's First Set of Discovery Requests is February 12, 2024, and the deadline for Defendant to file its Answers and Responses to Plaintiff's First Set of Discovery Requests to State Farm is February 12, 2024.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**SUBMITTED BY:**

*/s/ Kathryn D. Sears*
B. Kent Buckingham
Adrian O. Vega
Kathryn D. Sears
2125 Wyoming Blvd NE, Suite 100
Albuquerque, New Mexico 87112
(505) 506-7103
kent@buckinghamvega.com
adrian@buckinghamvega.com

kathryn@buckinghamvega.com
*Attorneys for Plaintiffs*

~and~

*/s/ Alicia Santos, approved via email on 01/11/24*
Alicia Santos
Daniel J. O'Brien
6000 Indian School Rd NE, Suite 200
Albuquerque, New Mexico 87110
(505) 883-8181
asantos@obrienlawoffice.com
dobrien@obrienlawoffice.com

*Attorneys for Defendant*