IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AARON TIDWELL and
CHARMAINE DARLENE TIDWELL,

      Plaintiffs,

v.                                                No. 2:23-cv-537 GBW/KRS

STATE FARM INSURANCE COMPANY,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES

THIS MATTER is before the Court on Defendant's Unopposed Motion to Extend Pretrial Deadlines, (Doc. 43), filed April 2, 2023.  Defendant asks the Court to extend the parties' pretrial deadlines by about two months, stating that additional time is necessary to complete discovery and depositions in this matter.  Having considered the Motion and record of the case, and having consulted with the presiding judge, the Court finds the Motion is well-taken and shall be GRANTED.  Accordingly, the parties' deadlines are extended as follows:

(1) Deadline for Defendant's expert reports:  **May 30, 2024**;

(2) Termination of discovery:  **June 28, 2024**;

(3) Motions relating to discovery:  **July 19, 2024**;

(4) All other motions:[1]  **July 29, 2024**.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.