IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AARON TIDWELL and
CHARMAINE DARLENE TIDWELL,

      Plaintiffs,

v.                        No. 2:23-cv-537 GBW/KRS

STATE FARM INSURANCE COMPANY,

      Defendant.

### ORDER GRANTING STIPULATED MOTION TO EXTEND SETTLEMENT CONFERENCE DEADLINES

THIS MATTER is before the Court on the parties' stipulated Motion to Extend the deadlines for exchanging letters prior to the May 7, 2024 settlement conference. (Doc. 47). The parties seek the extension so they can take Plaintiffs' depositions prior to Plaintiffs making a settlement demand. Having considered the Motion and record of the case, the Court finds the Motion is well-taken and shall be GRANTED. Accordingly, the parties' deadlines for the May 7, 2024 settlement conference are extended as follows:

    (1) Plaintiffs' letter due to Defendant:    **April 19, 2024**;

    (2) Defendant's letter due to Plaintiffs:    **April 26, 2024**;

    (3) Confidential position papers (and any audio/video recordings)
        due to the Court:    **April 30, 2024**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE