IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AARON TIDWELL and
CHARMAINE DARLENE TIDWELL,

      Plaintiffs,

v.                                                                                                No. 2:23-cv-537 GBW/KRS

STATE FARM INSURANCE COMPANY,

      Defendant.

## CLERK'S MINUTES AND SETTLEMENT CONFERENCE MEMORANDUM

### Before Magistrate Judge Kevin R. Sweazea

Date and Time:     **May 7, 2024 at 9:00 a.m. via Zoom**

| Plaintiff's Counsel in Attendance: | Appearances for Plaintiff: |
|---|---|
| Kathryn Sears | Aaron and Charmaine Tidwell, Plaintiffs |

| Defendant's Counsel in Attendance: | Appearances for Defendant: |
|---|---|
| Alicia Santos | Melissa Higgins, State Farm claims manager |

_X_  **Case settled**. Closing documents to be filed by __June 10, 2024__.

___  **Case did not settle**.

___  **Settlement efforts to be continued on** _____ at _-__.

_X_  **Via Zoom; Time in Court**: __Three hours, ten minutes_____.